MARIA Voss, as Administratrix of the Estate of CHARLES Voss, Deceased, Respondent, *v.* HOWARD L. SNYDER, Appellant.

Argued November 29, 1945; decided January 18, 1946.

*Percy R. Smith* and *Harold J. Adams* for appellant.

*Harold J. Tillou* and *Frank Pitterman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. THACHER, J., dissents on the ground that there was no evidence of negligence on the part of defendant.